IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

OMARR D. BOONE,

    Movant,

v.　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:23-00109
　　　　　　　　　　　　　　　　　　　　　　CRIMINAL ACTION NO. 3:21-00101-01
UNITED STATE OF AMERICA,

    Respondent.

**MEMORANDUM OPINION AND ORDER**

    This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 70), and dismiss this civil action from the docket of the Court. No objections to the Magistrate Judge's findings and recommendation have been filed.

    Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and Court **DENIES** Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 70), and **DISMISSES** this civil action from the docket of the Court, consistent with the findings and recommendation.

    The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

    ENTER:    February 5, 2026

    ROBERT C. CHAMBERS
    UNITED STATES DISTRICT JUDGE